IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAURA KENNEDY                                                                                    PLAINTIFF

v.                                        Civil No. 2:13-cv-02253

COMMISSIONER, SOCIAL                                                                   DEFENDANT
SECURITY ADMINISTRATION

## ORDER

**BEFORE** the Court is Plaintiff's Second Petiton for Writ of Mandamus (ECF No. 21) and Plaintiff's Second Motion to Dismiss Petition for Writ of Mandamus   ECF No. 24.  Based on Plaintiff's Second Motion to Dismiss (ECF No. 24), Plaintiff no longer wishes to pursue her Petition for Writ of Mandamus.

Therefore, Plaintiff's Second Motion to Dismiss Petition for Writ of Mandamus (ECF No. 24) is **GRANTED** and Plaintiff's Second Petition for Writ of Mandamus (ECF No. 21) is **DENIED AS MOOT**.

**IT IS SO ORDERED** this **19th day of October 2015.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE